IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
WESTERN DIVISION

| UNITED STATES OF AMERICA, | Case No. _____ |
|---|---|
| Plaintiff, | **COUNT ONE:** |
| v. | ***(Drug User in Possession of a Firearm)*** |
| | 18 U.S.C. §§ 922(g)(3) and 924(a)(2) |
| DEVIN D. BURTON, | NMT: 10 Years Imprisonment |
| [DOB: 01/11/1989] | NMT: $250,000,000 Fine |
| | NMT: 3 Years Supervised Release |
| Defendant. | Class C Felony |
| | |
| | **COUNT TWO:** |
| | ***(Possession of Crack Cocaine with the Intent to Distribute)*** |
| | 21 U.S.C. §§841(a)(1) and 841(b)(1)(B) |
| | NLT: 5 Years Imprisonment |
| | NMT: 40 Years Imprisonment |
| | NMT: $5,000,000 Fine |
| | NLT: 4 Years Supervised Release |
| | Class B Felony |
| | |
| | **COUNT THREE:** |
| | ***(Possess Firearms with Drug Trafficking)*** |
| | 18 U.S.C. §§ 924(c)(1)(A)(i) |
| | NLT: 5 Years Imprisonment |
| | NMT: Life Imprisonment |
| | NMT: $250,000 Fine |
| | NMT: 5 Years Supervised Release |
| | Class A Felony |
| | |
| | $100 Mandatory Special Assessment for each count of conviction |

## INDICTMENT

THE GRAND JURY CHARGES THAT:

### COUNT ONE
*(Drug User in Possession of a Firearm)*

On or about April 7, 2020, in the Western District of Missouri, the defendant, **DEVIN D. BURTON**, being an unlawful user of and addicted to a controlled substance as defined in 21 U.S.C. § 802, specifically cocaine, did knowingly possess, in and affecting commerce, firearms, to wit: a

Glock model 21, .45 caliber semi-automatic handgun, Serial Number WDE527 and an American Tactical Imports semi-automatic pistol, model Omni Hybrid Multi-Cal, 5.56mm nato caliber, Serial Number NS220607, both of which had been transported in interstate commerce.

All in violation of Title 18, United States Code, Sections 922(g)(3) and 924(a)(2).

## COUNT TWO
(*Possession of Crack Cocaine with the Intent to Distribute*)

On or about April 7, 2020, in the Western District of Missouri, the defendant, **DEVIN D. BURTON**, did knowingly and intentionally, possess with the intent to distribute, more than twenty-eight (28) grams of a mixture or substance containing cocaine base (crack cocaine), a Schedule II controlled substance.

All in violation of Title 21, United States Code, Sections 841(a)(1) and (b)(1)(B).

## COUNT THREE
(*Possess Firearms with Drug Trafficking*)

On or about April 7, 2020, in the Western District of Missouri, the defendant, **DEVIN D. BURTON**, in furtherance of the drug-trafficking crimes alleged in Count Two, did knowingly and intentionally possess firearms, to wit, a Glock model 21, .45 caliber semi-automatic handgun, Serial Number WDE527, and an American Tactical Imports semi-automatic pistol, model Omni Hybrid Multi-Cal, 5.56 nato caliber, Serial Number NS220607.

All in violation of Title 18, United States Code, Section 924(c)(1)(A).

A TRUE BILL.

6/2/2021
DATE

*/s/ Cynthia Kivett*
FOREPERSON OF THE GRAND JURY

*/s/ Jessica Ward*
Jessica Ward
Special Assistant United States Attorney
Western District of Missouri